**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Sky Rock Trucking LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 7 – 2 2 6 5 4 3 2 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8007 Edmonton Dr.**<br>Number        Street | Number        Street |
| **Sachse, TX 75048**<br>City                                State      ZIP Code | City                              State    ZIP Code |
| **Dallas**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number        Street |
| | City                              State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Sky Rock Trucking LLC**
    Name                                                  Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

    __ __ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

          District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

          District _____ When _____
                                        MM / DD / YYYY

          Case number, if known _____

Debtor    **Sky Rock Trucking LLC**_____    Case number *(if known)*_____
　　　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>　**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>　　What is the hazard?　_____<br><br>　☐ It needs to be physically secured or protected from the weather.<br><br>　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>　☐ Other _____<br><br>　**Where is the property?**　_____<br>　　　　　　　　　　　　　Number　　　Street<br>　　　　　　　　　　　　　_____<br>　　　　　　　　　　　　　_____<br>　　　　　　　　　　　　　City　　　　　　　　　State　　ZIP Code<br><br>　**Is the property insured?**<br><br>　☐ No<br>　☐ Yes.　Insurance agency　_____<br>　　　　　　Contact name　_____<br>　　　　　　Phone　_____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　☐ 50-99　　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　☐ $10,000,001-$50 million　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor    **Sky Rock Trucking LLC**
Name

Case number *(if known)*

---

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [x] $500,001-$1 million

- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million

- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/14/2025**
MM/ DD/ YYYY

**X**   **/s/ Jasbir Kaur**                                **Jasbir Kaur**
Signature of authorized representative of debtor                Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

**X**   **/s/ C. Daniel Herrin**   Date   **01/14/2025**
Signature of attorney for debtor                MM/ DD/ YYYY

**C. Daniel Herrin**
Printed name

**Herrin Law, PLLC**
Firm name

**12001 N Central Expressway Suite 920**
Number        Street

**Dallas**                                **TX**        **75243**
City                                State        ZIP Code

**(469) 607-8551**                        **ecf@herrinlaw.com**
Contact phone                        Email address

**24065409**                                **TX**
Bar number                                State

Fill in this information to identify the case:

Debtor Name   **Sky Rock Trucking LLC**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Chase Bank** | **Checking account** | **1  7  2  0** | **$6,384.95** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$6,384.95** |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____
   7.2 _____

Debtor   **Sky Rock Trucking LLC**                                           Case number *(if known)* _____
          Name

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1   _____   _____

     8.2   _____   _____

9.   **Total of Part 2**

     Add lines 7 through 8. Copy the total to line 81.                                    | _____ |

| **Part 3:** | Accounts receivable |

10.  **Does the debtor have any accounts receivable?**

     ☑ No. Go to Part 4.

     ☐ Yes. Fill in the information below.

                                                                               **Current value of debtor's interest**

11.  **Accounts receivable**

     11a. 90 days old or less:   _____ - _____ =..... ➜   _____
                                  face amount       doubtful or uncollectible accounts

     11b. Over 90 days old:      _____ - _____ =..... ➜   _____
                                  face amount       doubtful or uncollectible accounts

12.  **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.             | _____ |

| **Part 4:** | Investments |

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

                                                              **Valuation method used for current value** | **Current value of debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1   _____   _____   _____

     14.2   _____   _____   _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                                         % of ownership:

     15.1. _____   _____   _____   _____

     15.2. _____   _____   _____   _____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

---

Debtor     **Sky Rock Trucking LLC** _____   Case number *(if known)* _____
          Name

| 16.1 | | | |
|---|---|---|---|
| 16.2 | | | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor   **Sky Rock Trucking LLC**
Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor   **Sky Rock Trucking LLC**
Name

Case number *(if known)*

---

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

  42.1

  42.2

  42.3

43. **Total of Part 7**

  Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

  ☑ No
  ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

  ☑ No
  ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No. Go to Part 9.
  ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2024 Western Star 57X** / VIN: 5KJJBZDR2RLUX8592 | unknown | | $125,000.00 |
| 47.2 **2022 Freightliner** / VIN: 3AKJHHDR7NSMZ4655 | unknown | | $72,000.00 |
| 47.3 **2019 Freightliner** / VIN: 1FUJHHDR0KLKP0778 | unknown | | $12,000.00 |
| 47.4 **2023 Great Dane Kingpin** / VIN: 1GR1A0625PE508896 | unknown | | $96,000.00 |
| 47.5 **2023 Great Dane Kingpin** / VIN: 1GR1A0623PE508895 | unknown | | $73,000.00 |
| 47.6 **2020 Utility Trailer** / VIN: 1UYVS2534L6849131 | unknown | | $32,000.00 |
| 47.7 **2021 Utility Trailer** / VIN: 3UTVS253XM8436601 | unknown | | $50,000.00 |

Debtor    **Sky Rock Trucking LLC**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 47.8 **2022 Freightliner Cascadia / VIN: 3AKJHHDR3NSMZ4653** | unknown | $64,000.00 |
| 47.9 **2022 Freightliner Cascadia / VIN: 3AKJHHDR5NSMZ4654** | unknown | $61,000.00 |
| 47.10 **2022 Freightliner Cascadia / VIN: 3AKJHHDR7NSND8875** | unknown | $88,000.00 |
| 47.11 **2020 Utility Trailer / VIN: 1UYVS2539L6849013** | unknown | $32,000.00 |
| 47.12 **2022 Utility Trailer / VIN: 3UTVS2533N8445108** | unknown | $59,000.00 |
| 47.13 **2022 Utility Trailer / VIN: 3UTVS2535N8445109** | unknown | $59,000.00 |
| 47.14 **2022 Utility Trailer / VIN: 3UTVS2534P8767548** | unknown | $50,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____    _____    _____    _____

48.2 _____    _____    _____    _____

49.  **Aircraft and accessories**

49.1 _____    _____    _____    _____

49.2 _____    _____    _____    _____

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____    _____    _____    _____

51.  **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| $873,000.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |

Debtor  **Sky Rock Trucking LLC**                                      Case number *(if known)* _____
        Name

| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br><br>_____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites**<br><br>_____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties**<br><br>_____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br><br>_____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property**<br><br>_____ | _____ | _____ | _____ |
| 65. **Goodwill**<br><br>_____ | _____ | _____ | _____ |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

Debtor   **Sky Rock Trucking LLC**

Name        Case number *(if known)*

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____  _____  −  _____  = ➔  _____
                                Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

_____                      _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                      _____

**Nature of claim**      _____

**Amount requested**      _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                      _____

**Nature of claim**      _____

**Amount requested**      _____

Debtor   **Sky Rock Trucking LLC**
Name

Case number *(if known)*

---

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $6,384.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $873,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................ ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. **Total.** *Add lines 80 through 90 for each column............................91a.* | $879,384.95 + 91b. | |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... | | $879,384.95 |

Fill in this information to identify the case:

Debtor name **Sky Rock Trucking LLC**

United States Bankruptcy Court for the: **Eastern** District of **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**Attn: Bankruptcy Department**

**PO Box 130424**

**Saint Paul, MN 55113**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**
2022 Freightliner, 2022 Utility Trailer

**$85,000.00**    **$131,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$590,002.04**

Debtor    **Sky Rock Trucking LLC**
_____
    Name

Case number (if known) _____

| Part 1: | Additional Page | | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**BMO Transportation Finance**
_____

**Creditor's mailing address**

**300 E John Carpenter Frwy.**
_____

**Irving, TX 75062**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Western Star 57X
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $160,173.00 | $125,000.00 |

Debtor    **Sky Rock Trucking LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** **Creditor's name**

**BMO Transportation Finance**

**Creditor's mailing address**

**300 E John Carpenter Frwy.**

**Irving, TX 75062**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Freightliner Cascadia

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$76,684.81     $64,000.00

Debtor   **Sky Rock Trucking LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4** **Creditor's name**

**Daimler Truck Financial Services**

**Creditor's mailing address**

**P.O. Box 901**

**Roanoke, TX 76262**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Freightliner Cascadia

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$101,239.00**       **$88,000.00**

Debtor   **Sky Rock Trucking LLC**
_____
Name                                                              Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.5** **Creditor's name**

**Daimler Truck Financial Services**

**Creditor's mailing address**

**P.O. Box 901**

**Roanoke, TX 76262**

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Utility Trailer

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$36,272.00**       **$59,000.00**

Debtor    **Sky Rock Trucking LLC**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

**Huntington**

**Creditor's mailing address**

**5555 Cleveland Ave.**

**Columbus, OH 43231**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account**    ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Utility Trailer, 2023 Great Dane Kingpin        **$60,000.00**        **$105,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **Sky Rock Trucking LLC**
Name _____  Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

**TAB Bank**

**Creditor's mailing address**

**4185 Harrison Blvd.**

**Ogden, UT 84403**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Freightliner                                         $5,400.00        $12,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Sky Rock Trucking LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.8** **Creditor's name**

**TAB Bank**
_____

**Creditor's mailing address**

**4185 Harrison Blvd.**
_____

**Ogden, UT 84403**
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Freightliner Cascadia

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$57,847.00**    **$61,000.00**

---

Debtor    **Sky Rock Trucking LLC**

Name                                                                                          Case number (if known)

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Wylie Independent School District**

**Creditor's mailing address**

**c/o Collin County Tax Office**

**P.O. Box 8006**

**Mckinney, TX 75070**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    **8  2  3  6**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$7,386.23                    unknown

Debtor   **Sky Rock Trucking LLC**
_____   Case number (if known) _____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Perdue Brandon Fielder Collins & Mott LLP** <br> **6301 Preston Rd. Suite 700** <br> **Plano, TX 75024** | Line 2. __9__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Sky Rock Trucking LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   **Sky Rock Trucking LLC**

Name _____    Case number *(if known)* _____

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**American Express**

**P.O. Box 7871**

**Fort Lauderdale, FL 33329**

Date or dates debt was incurred _____

Last 4 digits of account number   **1   0   0   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,957.43**

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**P.O. Box 7871**

**Fort Lauderdale, FL 33329**

Date or dates debt was incurred _____

Last 4 digits of account number   **1   0   0   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,047.94**

---

**3.3** Nonpriority creditor's name and mailing address

**CAPITAL ONE BANK USA**

**PO BOX 31293**

**SALT LAKE CITY, UT 84131**

Date or dates debt was incurred _____

Last 4 digits of account number   **4   5   8   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$23,041.40**

---

**3.4** Nonpriority creditor's name and mailing address

**JPMorgan Chase - Card Services**

**PO Box 182055**

**Columbus, OH 43218**

Date or dates debt was incurred _____

Last 4 digits of account number   **7   2   8   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,646.71**

Debtor    **Sky Rock Trucking LLC**
_____    Case number *(if known)* _____
    Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. | **+** | **$41,693.48** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$41,693.48** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Sky Rock Trucking LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Texas** |
| Case number (if known): | Chapter __11__ |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name **Sky Rock Trucking LLC**

United States Bankruptcy Court for the: **Eastern** District of **Texas**

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Jasbir Kaur** | **8007 Edmonton Dr.**<br>Street | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| | **Sachse, TX 75048**<br>City        State        ZIP Code | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Sky Rock Trucking LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ City   State   ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.6 | _____ | Street _____ City   State   ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |

Fill in this information to identify the case:

Debtor name _____ **Sky Rock Trucking LLC** _____

United States Bankruptcy Court for the:

_____ **Eastern District of Texas** _____

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*............................................................... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................ **$879,384.95**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................ **$879,384.95**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. **$590,002.04**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... **+ $41,693.48**

4. **Total liabilities**...................................................................................................... **$631,695.52**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name      **Sky Rock Trucking LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,162,261.99** |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,238,068.00** |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,099,705.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br> _____ <br><br> Street <br> _____ <br><br> City            State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br> _____ <br><br> Street <br> _____ <br><br> City            State    ZIP Code <br><br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    **Sky Rock Trucking LLC**    Case number *(if known)* _____
　　　　Name

5.1. _____    _____    _____

Creditor's name

Street

_____

_____

City                State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1. _____    _____    _____    _____

Creditor's name

　　　　　　　　　　　　　　　　XXXX– __ __ __ __

Street

_____

_____

City                State    ZIP Code

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | _____ | ☐ Concluded |
| | | | Street | |
| | _____ | | _____ | |
| | | | _____ | |
| | | | City      State    ZIP Code | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **3**

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

Custodian's name

**Case title**

**Court name and address**

Street

Name

Street

**Case number**

City          State     ZIP Code

**Date of order or assignment**

City          State     ZIP Code

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City          State     ZIP Code

**Recipient's relationship to debtor**

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor  **Sky Rock Trucking LLC** _____   Case number *(if known)* _____
Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Herrin Law, PLLC** | **Received $10,738.00 from Debtor inclusive of fees and expenses** | **Various** | **$10,738.00** |
| | **Address** | | | |
| | **12001 N Central Expy Suite 920**<br>Street | | | |
| | **Dallas, TX 75243**<br>City            State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Jasbir Kaur** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor    **Sky Rock Trucking LLC**                                    Case number *(if known)*
                Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street

City                    State    ZIP Code

**Relationship to debtor**

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| Street | |
| City    State    ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City    State    ZIP Code | | *Check all that apply:* |
| | | ☐ Electronically |
| | | ☐ Paper |

Debtor    **Sky Rock Trucking LLC**                                    Case number *(if known)* _____
_____
Name

| Part 9: | Personally Identifiable Information |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ − __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | XXXX− __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Case 25-40105   Doc 1   Filed 01/14/25   Entered 01/14/25 10:59:37   Desc Main Document   Page 38 of 48

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City   State  ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City   State  ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City   State  ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- _Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- _Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- _Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor **Sky Rock Trucking LLC**    Case 25-40105    Doc 1    Filed 01/14/25    Entered 01/14/25 10:59:37    Desc Main
                                                Document      Page 39 of 48    Case number *(if known)*

Name

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| | Street | | |
| | | | |
| | City            State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City            State    ZIP Code | City            State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City            State    ZIP Code | City            State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **Sky Rock Trucking LLC**    Case number *(if known)* _____
    Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

Street

From _____    To _____

City        State    ZIP Code

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26a.1.

From _____    To _____

Name

Street

City        State    ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.

From _____    To _____

Name

Street

City        State    ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

Name

Street

City        State    ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **Sky Rock Trucking LLC**
Name                                                                              Case number *(if known)*

| Name and address |
| --- |

26d.1.

Name

Street

City                          State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name

Street

City                          State        ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jasbir Kaur | 8007 Edmonton Dr. Sachse, TX 75048 | Owner, Owner | 50.00% |
| Sukhwinder Singh | 8007 Edmonton Dr. Sachse, TX 75048 | Owner, Owner | 50.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | , | From |
| | | | To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor    **Sky Rock Trucking LLC**     Case 25-40105    Doc 1    Filed 01/14/25    Entered 01/14/25 10:59:37    Desc Main
Document    Page 42 of 48    Case number *(if known)*
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.1.**

Name

Street

City      State      ZIP Code

| Relationship to debtor |
|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/14/2025**
     MM/ DD/ YYYY

**X /s/ Jasbir Kaur**      Printed name      **Jasbir Kaur**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name **Sky Rock Trucking LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  BMO Transportation Finance 300 E John Carpenter Frwy. Irving, TX 75062 | | | | $160,173.00 | $125,000.00 | $35,173.00 |
| 2  CAPITAL ONE BANK USA PO BOX 31293 SALT LAKE CITY, UT 84131 | | Business Credit Card | | | | $23,041.40 |
| 3  Daimler Truck Financial Services P.O. Box 901 Roanoke, TX 76262 | | | | $101,239.00 | $88,000.00 | $13,239.00 |
| 4  BMO Transportation Finance 300 E John Carpenter Frwy. Irving, TX 75062 | | | | $76,684.81 | $64,000.00 | $12,684.81 |
| 5  JPMorgan Chase - Card Services PO Box 182055 Columbus, OH 43218 | | Business Credit Card | | | | $10,646.71 |
| 6  Wylie Independent School District c/o Collin County Tax Office P.O. Box 8006 Mckinney, TX 75070 | | | | | | $7,386.23 |
| 7  American Express P.O. Box 7871 Fort Lauderdale, FL 33329 | | Business Credit Card | | | | $6,047.94 |
| 8  American Express P.O. Box 7871 Fort Lauderdale, FL 33329 | | Business Credit Card | | | | $1,957.43 |

Debtor   **Sky Rock Trucking LLC**
_____
          Name                                                                    Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

## United States Bankruptcy Court
### Eastern District of Texas

In re  **Sky Rock Trucking LLC**

Case No. _____

Debtor(s)

Chapter _____ **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ **Sky Rock Trucking LLC** _____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

| _____ 01/14/2025 _____ | _____ /s/ C. Daniel Herrin _____ |
|---|---|
| Date | **C. Daniel Herrin** |
| | Signature of Attorney or Litigant |
| | Counsel for _____ **Sky Rock Trucking LLC** _____ |
| | **Bar Number: 24065409** |
| | **Herrin Law, PLLC** |
| | **12001 N Central Expressway Suite 920** |
| | **Dallas, TX 75243** |
| | **Phone: (469) 607-8551** |
| | **Email: ecf@herrinlaw.com** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Sky Rock Trucking LLC**                                    CASE NO

                                                                   CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **01/14/2025**      Signature _____**/s/ Jasbir Kaur**_____

                                              Jasbir Kaur, Managing Member

Ally Financial
Attn: Bankruptcy Department
PO Box 130424
Saint Paul, MN 55113


American Express
P.O. Box 7871
Fort Lauderdale, FL 33329


Attorney General Child
Support
Attn: Bankruptcy
P.O. Box 12017 Credit Group
Austin, TX 78711

BMO Transportation Finance
300 E John Carpenter Frwy.
Irving, TX 75062


CAPITAL ONE BANK USA
PO BOX 31293
SALT LAKE CITY, UT 84131


Daimler Truck Financial
Services
P.O. Box 901
Roanoke, TX 76262


Huntington
5555 Cleveland Ave.
Columbus, OH 43231


Internal Revenue Service
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101

Jasbir Kaur
8007 Edmonton Dr.
Sachse, TX 75048


JPMorgan Chase - Card
Services
PO Box 182055
Columbus, OH 43218

Perdue Brandon Fielder
Collins & Mott LLP
6301 Preston Rd. Suite 700
Plano, TX 75024

TAB Bank
4185 Harrison Blvd.
Ogden, UT 84403


Wylie Independent School
District
c/o Collin County Tax Office
P.O. Box 8006
Mckinney, TX 75070